UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FOURTH DIVISION

Tom A. Fliegel

Plaintiff,

v.

CHEMCENTRAL Corporation

Defendant.

Court File No. 01-839 (ADM/AJB)

**STIPULATION AND ORDER FOR DISMISSAL**

WHEREAS Plaintiff Tom Fliegel has agreed to dismiss this matter and instead pursues his remedies through the claims procedure established by the CHEMCENTRAL Corporation Group Life Insurance and Comprehensive PPO Medical Plan ("Plan");

Based on the agreement of the parties, it is hereby stipulated that the temporary restraining order previously entered without notice in Dakota County District Court shall be dissolved, and the above-captioned action shall be dismissed without prejudice, and without costs to either party, PROVIDED that Plaintiff Tom Fliegel has leave to refile the action within thirty (30) days from the date of a final determination under the Plan, including any review by the Claims Administrator. The parties further stipulate that if Plaintiff does not so refile after a final determination under the Plan, Defendant CHEMCENTRAL is authorized to unilaterally dismiss the action with prejudice after first providing Plaintiff with 30 day written notice of intent to do so.

DATED: 10-8-01

Law Offices of Harry P. Schoen

Stacy K. Morgan

Harry P. Schoen
Stacy K. Morgan #304505
Law Offices of Harry P. Schoen
21637 Joan Avenue
Hastings, MN 55033
ATTORNEYS FOR PLAINTIFF

OCT 15 2001
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

DATED: Oct. 11, '01

Littler Mendelson, P.C.
McDermott, Will & Emery

Heather C. Sherman (#288135)
Littler Mendelson, P.C.
Multifoods Tower, Suite 3110
33 South Sixth Street
Minneapolis, MN 55402-3720

Stephen D. Erf
Jeffrey S. Novak
McDermott, Will & Emery
227 West Monroe Street
Chicago, IL 60606
ATTORNEYS FOR DEFENDANT

## ORDER

Consistent with the stipulation of the parties described above, this action is hereby DISMISSED WITHOUT PREJUDICE and without costs to either party.

Dated this 12th day of October, 2001.

BY THE COURT:

Judge Ann D. Montgomery
District Court Judge